

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2014

No. 04-13-00300-CR

Richard M. **LOPEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5395
Honorable Ron Rangel, Judge Presiding

## O R D E R

The court reporter's notification of late record stating that no hearing was held regarding the trial court's findings of fact and conclusions of law is NOTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court